Todd M. Schneider (CA Bar No. 158253)
Carolyn H. Cottrell (CA Bar No. 166977)
W.H. "Hank" Willson, IV (CA Bar No. 233321)
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
TTY: (415) 421-1665

Shanon J. Carson
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-4656
Fax: (215) 875-4604

Attorneys for Plaintiff Matthew Ozga and others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW OZGA, on his own behalf individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>U.S. REMODELERS, INC., U.S. REMODELERS, INC. dba U.S. HOME SERVICES, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 3:09-cv-05112 JSW<br><br>**JOINT STIPULATION AND [proposed] ORDER TO CONTINUE HEARING ON MOTION TO REMAND AND INITIAL CASE MANAGEMENT CONFERENCE** |

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO REMAND AND INITIAL CMC
*Ozga v. U.S. Remodelers, Inc., et al.*, Case No. 3:09-cv-05112 JSW

**STIPULATION**

In its Order of December 1, 2009, this Court set an initial Case Management Conference ("CMC") for February 5, 2010, with a Joint CMC Statement to be filed five court days before that date. In addition, Plaintiff's Motion to Remand is currently set for hearing on February 5, 2010. In the meantime, the parties have reached a class-wide settlement of this case. In light of the settlement, and in order to avoid the unnecessary expenditure of the time and resources of this Court and the parties, the parties hereby stipulate and request that this Court continue the initial CMC and the hearing until March 5, 2010, or such later date as the Court is available, to provide the parties sufficient time to prepare and file a Motion for Preliminary Approval of the settlement.

Respectfully submitted,

Date: January 22, 2010

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

BERGER & MONTAGUE, P.C.

/s/ *Hank Willson*
Hank Willson
Counsel for Plaintiff

Date: January 22, 2010

LANDEGGER, BARON LAVENANT & INGBER

/s/ *Oscar Rivas*
Oscar Rivas
Counsel for Defendant

**ORDER**

In light of the parties' Stipulation, and for good cause shown, this Court hereby ORDERS that the initial CMC and the hearing on the Motion to Remand are continued until March 5, 2010 at 9:00 a.m._. The Joint CMC Statement filing deadline shall be filed at least five court days before the above date. If the parties finalize the motion for preliminary approval, they shall file it and notice it in accordance with the Local Rules. The March 5, 2010 date shall not be a placeholder date for a preliminary approval motion.

IT IS SO ORDERED.

Date: January 25, 2010

_____
The Hon. Jeffrey S. White

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO REMAND AND INITIAL CMC
*Ozga v. U.S. Remodelers, Inc., et al.*, Case No. 3:09-cv-05112 JSW

1