Todd M. Schneider (SBN 158253)
tschneider@schneiderwallace.com
Carolyn H. Cottrell (SBN 166977)
ccottrell@schneiderwallace.com
W.H. "Hank" Willson, IV (SBN 233321)
wwillson@schneiderwallace.com
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
TTY: (415) 421-1665

Shanon J. Carson (*pro hac vice*)
scarson@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-4656
Fax: (215) 875-4604

Attorneys for Plaintiff Matthew Ozga and others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW OZGA, on his own behalf individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br>    vs.<br><br>U.S. REMODELERS, INC., U.S. REMODELERS, INC. dba U.S. HOME SERVICES, and DOES 1-25, inclusive,<br><br>        Defendants. | Case No. 3:09-cv-05112 JSW<br><br>[proposed] ORDER GRANTING AS MODIFIED PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS-ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF NOTICE OF SETTLEMENT, AND SETTING OF HEARING FOR FINAL APPROVAL<br><br>Date: March 5, 2010<br>Time: 9:00 am<br>Courtroom: 11<br>Judge: The Hon. Jeffrey S. White |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS-ACTION SETTLEMENT
*Ozga v. U.S. Remodelers, Inc., et al.*, Case No. 3:09-cv-05112 JSW

# ORDER

Plaintiff has filed a Motion for Preliminary Approval of class action Settlement. Defendant does not oppose the Motion. The Court has considered the papers submitted in support of the Motion and the terms of the proposed settlement. Based on the papers and pleadings on file herein, the Court hereby finds that the settlement falls within "the range of reasonableness" for preliminary approval, and is therefore deserving of preliminary approval.

As a result, the Court hereby ORDERS as follows:

1. Preliminary approval of the class action Settlement Agreement, attached as Exhibit A to the Motion for Preliminary Approval, is GRANTED;

2. CPT Group, Inc. is appointed as Claims Administrator and the estimate of the costs of claims administration is approved;

3. For purposes of settling this lawsuit, the Court provisionally certifies the following Settlement Class pending final approval of the settlement:

> any individual who was employed by U.S. Remodelers in the State of California in the position/job classification of "Installer," including trainees and/or apprentices for that position, at any time between February 17, 2005 and the date of the Preliminary Approval of this Settlement by the Court, with the exception of any individuals who choose to be excluded from participating in the settlement by timely opting out as provided in the Settlement Agreement and Class Notice attached to the Settlement Agreement as Exhibit A;

4. Plaintiff Matthew Ozga is appointed as the representative of the Settlement Class;

5. Schneider Wallace Cottrell Brayton Konecky LLP and Berger & Montague, P.C. are approved as Class Counsel for the Settlement Class;

6. The forms of ~~Class Notice and~~ Claim Form, in the ~~form attached as Exhibits A and~~ B, respectively, to the Settlement Agreement, is approved; and the revised form of notice submitted on 2/25/10 is approved.

7. The following schedule and procedure for completing the final approval process is approved:

| | |
|---|---|
| USRI to send $500,000 to Claims Administrator for deposit into Qualified Settlement Fund | Upon execution of Settlement Agreement |
| Mailing of Class Notices and Claim Forms | 10 days after preliminary approval |
| Deadline to postmark objections or requests for | 30 days after notice mailing |

---

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS-ACTION SETTLEMENT
*Ozga v. U.S. Remodelers, Inc., et al.*, Case No. 3:09-cv-05112 JSW

1

| | |
|---|---|
| exclusion | |
| Deadline to postmark Claim Form | 45 days after notice mailing |
| Claims Administrator provides status declaration to parties and detail of actual administration costs | 7 days before Settlement Fairness hearing |
| Settlement Fairness (final approval) hearing | ~~TBD (no earlier than 101 days after notice mailing, to account for governmental notice requirement of Class Action Fairness Act)~~ |
| Effective Date | TBD |
| USRI to send $1,300,000 to Claims Administrator for deposit into Qualified Settlement Fund | Within 5 business days of Effective Date |
| Enhancement payments for Ozga and Moshkovich | Within 5 business days of Effective Date |
| Payment of Plaintiff's counsel's attorneys' fees and costs | Within 5 business days of Effective Date |
| Payment of Settlement Awards | Within 15 business days of Effective Date |

The final approval hearing shall be heard on Friday, August 6, 2010 at 9:00 a.m.

~~IT IS SO ORDERED.~~

Date: February 26, 2010

_____
The Hon. Jeffrey S. White
United States District Judge