**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    MATTHEW OZGA,                           No.  C 09-05112 JSW

10            Plaintiff,                      **NOTICE OF TENTATIVE**
                                              **RULING AND QUESTIONS FOR**
11      v.                                    **HEARING**

12   U.S. REMODELERS, INC.,

13            Defendants.
     _____/

14

15       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE

16   NOTICE OF THE FOLLOWING QUESTIONS FOR THE HEARING SCHEDULED ON

17   AUGUST 6, 2010 AT 9:00 A.M.:

18          The Court has reviewed the parties' memoranda of points and authorities and, thus, does

19   not wish to hear the parties reargue matters addressed in those pleadings.  If the parties intend to

20   rely on legal authorities not cited in their briefs, they are ORDERED to notify the Court and

21   opposing counsel of these authorities reasonably in advance of the hearing and to make copies

22   available at the hearing.  If the parties submit such additional authorities, they are ORDERED

23   to submit the citations to the authorities only, with pin cites and without argument or additional

24   briefing.  *Cf.* N.D. Civil Local Rule 7-3(d).  The parties will be given the opportunity at oral

25   argument to explain their reliance on such authority.  The Court also suggests that associates or

26   of counsel attorneys who are working on this case be permitted to address some or all of the

27   Court's questions contained herein.

28   //

**United States District Court**
For the Northern District of California

1       The Court **tentatively grants** the motion for final approval, subject to hearing any

2  argument in opposition to the motion from persons who may appear at the final approval

3  hearing, and subject to the following:

4      1.    The Settlement Administrator shall provide additional support for its claim that

5            "the total cost for the administration of this Settlement, including fees incurred

6            and future costs for completion of the administration, is estimated to be

7            $10,000.00." *See* Declaration of Alejandra Zarate ¶ 24.

8       The Court **tentatively grants in part** the motion for attorney's fees and costs.  In light

9  of Plaintiffs' lodestar amount, the Court is not entirely convinced by Plaintiffs' argument that

10 the Court should award the requested $600,000 in attorneys' fees.  Accordingly, Plaintiffs

11 should be prepared to address why the Court should award fees in the amount of $450,000.00,

12 which represents 25% of the settlement fund.

13

14     **IT IS SO ORDERED.**

15

16 Dated:   August 3, 2010

17                              JEFFREY S. WHITE
                             UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28